1  Robert B. Hawk (SBN 118054)
   J. Christopher Mitchell (SBN 215639)
2  HOGAN & HARTSON, LLP
   525 University Avenue, 4th Floor
3  Palo Alto, California 94301
   Telephone: (650) 463-4000
4  Facsimile: (650) 463-4199
   rbhawk@hhlaw.com
5  jcmitchell@hhlaw.com

6  Attorneys for Defendants
   HUGHES COMMUNICATIONS, INC.
7  and HUGHES NETWORK SYSTEMS, LLC

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | TINA WALTER and CHRISTOPHER BAYLESS, | CASE NO.: 09-cv-02136 SC
   | individually and on behalf of all others similarly |
13 | situated, | **JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO**
14 |           Plaintiffs, | **RESPOND TO COMPLAINT AND RELATED DEADLINES**
15 | v. |
16 | HUGHES COMMUNICATIONS, INC., a | The Honorable Samuel Conti
   | Delaware corporation, and HUGHES NETWORK |
17 | SYSTEMS, LLC, a Delaware corporation, |
18 |           Defendants. |

19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
CASE NO.: 09-CV-02136 JCS

WHEREAS Plaintiffs filed the Complaint on May 15, 2009, and sent Defendants Hughes Communications, Inc. and Hughes Network Systems, LLC (the "Hughes Defendants") a Waiver of Service of Summons on that same date;

WHEREAS the parties previously stipulated to an extension of time for Defendants to respond to the Complaint, and a response is currently due on August 13, 2009;

WHEREAS Eric Schumacher filed a putative class action complaint against the Hughes Defendants in the Superior Court for the State of California in the County of San Diego on June 9, 2009;

WHEREAS Defendants removed the Schumacher Action to the United States District Court for Southern District of California on June 25, 2009;

WHEREAS the parties to the Schumacher Action stipulated to an extension of time for Defendants to respond to the Complaint, and a response is currently due on August 12, 2009;

WHEREAS Plaintiffs in both the Schumacher Action and this Action (the "Walter Action") assert claims against Hughes and HCI on behalf of a putative class of California subscribers to the "HughesNet" internet service;

WHEREAS both Complaints assert claims regarding the HughesNet internet speeds, termination fees and other terms and conditions of the HughesNet service;

WHEREAS the two actions raise many of the same or similar issues of fact and law;

WHEREAS the parties to the Schumacher Action agreed, for the foregoing reasons, that litigation of the two actions in separate forums would be inefficient and wasteful, and filed a joint motion to transfer the Schumacher Action to the Northern District of California;

WHEREAS on July 28, 2009 the Court in the Southern District of California granted the joint motion and issued an order transferring the Schumacher Action to the Northern District of California;

WHEREAS Plaintiffs in the Schumacher and Walter Actions intend to file a single consolidated complaint once the file for the Schumacher Action is opened in the Northern District of California;

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
CASE NO.: 09-CV-02136 JCS

1  WHEREAS, the file for the Schumacher Action does not yet appear to have been opened
2  in the Northern District of California, and the parties are unaware of the status of the case;
3  WHEREAS the parties agree that Defendants should not have to answer or otherwise
4  respond to the individual Walter or Schumacher Complaints in light of Plaintiffs' intent to file a
5  single consolidated complaint;
6  WHEREAS the parties agree that the current case management conference date should be
7  vacated until such time as Plaintiffs file a consolidated complaint and the Schumacher and Walter
8  Actions are consolidated;
9  IT IS HEREBY STIPULATED, by and between the parties through their respective
10 counsel, that:
11  (1) Defendants need not file a response to the pending Complaint;
12  (2) Plaintiffs will file a Consolidated Complaint on or before September 3, 2009;
13  (3) Defendants will answer or otherwise respond to the Consolidated Complaint on or
14      before October 5, 2009; and
15  (4) The Case Management Conference scheduled for August 28, 2009 shall be
16      continued to November 9, 2009;
17  IT IS SO STIPULATED.
18  Dated: August 3, 2009                    HOGAN & HARTSON LLP

                                            By:    /s/
                                                   Robert B. Hawk
                                                   Attorneys for Defendants
                                                   HUGHES COMMUNICATIONS, INC. and
                                                   HUGHES NETWORK SYSTEMS LLC

| | | |
|---|---|---|
| 1 | Dated: August__, 2009 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Jennifer S. Rosenberg<br>Attorneys for Plaintiffs TINA WALTER and CHRISTOPHER BAYLESS |
| 5 | | |
| 6 | Dated: August __, 2009 | AUDET & PARTNERS, LLP |
| 7 | | |
| 8 | | By: _____/s/ Joshua C. Ezrin_____<br>Joshua C. Ezrin<br>Attorneys for Plaintiff<br>ERIC SCHUMACHER |

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

~~Dated: August __, 2009~~

THE HONORABLE SAMUEL CONTI

The Case Management Conference is continued to December 4, 20009 at 10:00 a.m.

Date: August __6__, 2009

THE HONORABLE SAMUEL CONTI

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
CASE NO.: 09-CV-02136 JCS

1     I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this Joint Stipulation Extending Time For Defendants to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Jennifer Rosenberg and Joshua Ezrin concurred in this filing.

DATED: August __, 2009

HOGAN & HARTSON LLP

By_____/s/_____

Robert B. Hawk

---

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
CASE NO.: 09-CV-02136 JCS