1    Robert B. Hawk (SBN 118054)
     J. Christopher Mitchell (SBN 215639)
2    HOGAN & HARTSON LLP
     525 University Avenue, 4th Floor
3    Palo Alto, California 94301
     Telephone: (650) 463-4000
4    Facsimile: (650) 463-4199
     rbhawk@hhlaw.com
5    jcmitchell@hhlaw.com

6    Attorneys for Defendants
     HUGHES COMMUNICATIONS, INC.
7    and HUGHES NETWORK SYSTEMS, LLC

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   TINA WALTER, CHRISTOPHER BAYLESS,          CASE NO.: 09-CV-02136 SC
     and ERIC SCHUMACHER, individually and on
     behalf of all others similarly situated,   **STIPULATION AND [PROPOSED]**
12                                               **ORDER REGARDING BRIEFING**
                 Plaintiffs,                     **SCHEDULE FOR DEFENDANTS'**
13                                               **MOTION TO DISMISS**
           v.
14                                               Date:        December 18, 2009
     HUGHES COMMUNICATIONS, INC. and            Time:        10:00 a.m.
15   HUGHES NETWORK SYSTEMS, LLC,               Courtroom:   1, 17th Floor
                                                 The Honorable Samuel Conti
16               Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO.: 09-CV-02136 SC

\\\058224/000230 - 36729 v1

| | |
|---|---|
| 1 | WHEREAS, on October 5, 2009, Defendants Hughes Communications, Inc. and Hughes |
| 2 | Network Systems, LLC (collectively, "Hughes" or "Defendants") filed a Motion to Dismiss |
| 3 | Plaintiffs' Amended Consolidated Class Action Complaint (the "Motion to Dismiss"); |
| 4 | WHEREAS, the Motion to Dismiss is noticed for hearing on December 18, 2009; |
| 5 | WHEREAS, the applicable deadlines for opposition and reply papers set forth in the Local |
| 6 | Rules will involve briefing on or around the Thanksgiving holiday; |
| 7 | WHEREAS, Defendants desire to have additional time to draft and file their Reply papers, |
| 8 | beyond the one week set forth in the Local Rules; |
| 9 | WHEREAS, the parties have agreed to set a briefing schedule in connection with the |
| 10 | Motion to Dismiss; |
| 11 | WHEREAS, the proposed briefing schedule will not delay the hearing date and will not |
| 12 | reduce the time between the filing of Defendant's reply papers and the hearing date; |
| 13 | /// |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1

1    IT IS HEREBY STIPULATED, by and between the parties through their respective

2    counsel, that:

3         1.    Plaintiffs' Opposition papers shall be filed no later than November 6, 2009;

4         2.    Defendants' Reply papers shall be filed no later than November 25, 2009.

5         IT IS SO STIPULATED.

6    Dated: October 20, 2009              HOGAN & HARTSON LLP

7                                         By:        /s/
8                                                Robert B. Hawk

9                                         Attorneys for Defendants
                                          HUGHES COMMUNICATIONS, INC. and
10                                        HUGHES NETWORK SYSTEMS LLC

11

12   Dated: October 20, 2009              AUDET & PARTNERS, LLP

13                                         By:        /s/
                                                Joshua C. Ezrin
14
                                          Attorneys for Plaintiffs
15

16
     PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.
17

18   Dated:  October 22, 2009              _____

19                                         THE HONORABLE SAMUEL CONTI

20

21

22

23

24

25

26

27

28

I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motion to Dismiss. In compliance with General Order 45, X.B., I hereby attest that Joshua Ezrin concurred in this filing.

DATED: October 20, 2009                     HOGAN & HARTSON LLP


By_____/s/_____
        Robert B. Hawk

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO.: 09-CV-02136 SC