1   Robert B. Hawk (SBN 118054)
    J. Christopher Mitchell (SBN 215639)
2   HOGAN & HARTSON LLP
    525 University Avenue, 4th Floor
3   Palo Alto, California  94301
    Telephone:  (650) 463-4000
4   Facsimile:  (650) 463-4199
    rbhawk@hhlaw.com
5   jcmitchell@hhlaw.com

6   Attorneys for Defendants
    HUGHES COMMUNICATIONS, INC.
7   and HUGHES NETWORK SYSTEMS, LLC

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  TINA WALTER, CHRISTOPHER BAYLESS,        CASE NO.:  09-CV-02136 SC
    and ERIC SCHUMACHER, individually and on
12  behalf of all others similarly situated,          **STIPULATION AND [~~PROPOSED~~]**
                                                      **ORDER REGARDING BRIEFING**
13               Plaintiffs,                          **SCHEDULE FOR DEFENDANTS'**
                                                      **MOTION TO DISMISS**
14          v.
                                                      Date:          December 18, 2009
15  HUGHES COMMUNICATIONS, INC. and         Time:          10:00 a.m.
    HUGHES NETWORK SYSTEMS, LLC,            Courtroom:   1, 17th Floor
16                                                    The Honorable Samuel Conti
                 Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO.: 09-CV-02136 SC

\\058224/000230 - 36729 v1

1    WHEREAS, on October 5, 2009, Defendants Hughes Communications, Inc. and Hughes

2    Network Systems, LLC (collectively, "Hughes" or "Defendants") filed a Motion to Dismiss

3    Plaintiffs' Amended Consolidated Class Action Complaint (the "Motion to Dismiss");

4    WHEREAS, the Motion to Dismiss is noticed for hearing on December 18, 2009;

5    WHEREAS, the applicable deadlines for opposition and reply papers set forth in the Local

6    Rules will involve briefing on or around the Thanksgiving holiday;

7    WHEREAS, Defendants desire to have additional time to draft and file their Reply papers,

8    beyond the one week set forth in the Local Rules;

9    WHEREAS, the parties have agreed to set a briefing schedule in connection with the

10   Motion to Dismiss;

11   WHEREAS, the proposed briefing schedule will not delay the hearing date and will not

12   reduce the time between the filing of Defendant's reply papers and the hearing date;

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

1    IT IS HEREBY STIPULATED, by and between the parties through their respective

2  counsel, that:

3        1.    Plaintiffs' Opposition papers shall be filed no later than November 6, 2009;

4        2.    Defendants' Reply papers shall be filed no later than November 25, 2009.

5        IT IS SO STIPULATED.

6  Dated: October 20, 2009                    HOGAN & HARTSON LLP

7                                             By:  _____/s/_____

8                                                  Robert B. Hawk

9                                             Attorneys for Defendants
10                                            HUGHES COMMUNICATIONS, INC. and
                                              HUGHES NETWORK SYSTEMS LLC
11

12  Dated: October 20, 2009                   AUDET & PARTNERS, LLP

13                                            By:  _____/s/_____
                                                   Joshua C. Ezrin
14
                                              Attorneys for Plaintiffs
15

16

17  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

18  Dated:  October __22_, 2009

19                                            _____
                                              THE HONORABLE SAMUEL N.
20
21
22
23
24
25
26
27
28

                                        2

1         I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this

2    Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motion to

3    Dismiss.  In compliance with General Order 45, X.B., I hereby attest that Joshua Ezrin concurred

4    in this filing.

5

6    DATED: October 20, 2009                    HOGAN & HARTSON LLP

7

8                                               By_____/s/_____
                                                   Robert B. Hawk

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO.: 09-CV-02136 SC