| | |
|---|---|
| 1 | Robert B. Hawk (SBN 118054) |
| | J. Christopher Mitchell (SBN 215639) |
| 2 | HOGAN & HARTSON LLP |
| | 525 University Avenue, 4th Floor |
| 3 | Palo Alto, California 94301 |
| | Telephone: (650) 463-4000 |
| 4 | Facsimile: (650) 463-4199 |
| | rbhawk@hhlaw.com |
| 5 | jcmitchell@hhlaw.com |

Attorneys for Defendants
HUGHES COMMUNICATIONS, INC.
and HUGHES NETWORK SYSTEMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WALTER, CHRISTOPHER BAYLESS, and ERIC SCHUMACHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC,<br><br>Defendants. | CASE NO.: 09-CV-02136 SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ANSWER TO PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>The Honorable Samuel Conti |

| | |
|---|---|
| 1 | WHEREAS, on October 5, 2009, Defendants Hughes Communications, Inc. and Hughes |
| 2 | Network Systems, LLC (collectively, "Hughes" or "Defendants") filed a Motion to Dismiss |
| 3 | Plaintiffs' Amended Consolidated Class Action Complaint (the "Motion to Dismiss"); |
| 4 | WHEREAS, on January 26, 2010, the Court issued an Order Granting in Part and Denying |
| 5 | in Part Defendants' Motion to Dismiss; |
| 6 | WHEREAS, an answer to the Amended Consolidated Class Action Complaint is currently |
| 7 | due on February 9, 2010; |
| 8 | WHEREAS, Plaintiffs intend to amend their complaint in light of the Court's order, and |
| 9 | have 30 days from the date of the order in which to do so; |
| 10 | WHEREAS, in the interests of efficiency and economy, the parties agree that Defendants |
| 11 | need not file an answer to the Amended Consolidated Class Action Complaint, in light of |
| 12 | Plaintiffs' intention to file an amended complaint (the "New Complaint"), and that Defendants |
| 13 | should instead file a response to the New Complaint, once it is filed; |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that: 1) Defendants are not required to file an answer to Plaintiffs' Amended Consolidated Class Action Complaint; and 2) Defendants will answer or otherwise respond to Plaintiffs' New Complaint within 20 days of the date the New Complaint is filed.

IT IS SO STIPULATED.

Dated: February 5, 2010        HOGAN & HARTSON LLP

By: _____/s/_____
Robert B. Hawk

Attorneys for Defendants
HUGHES COMMUNICATIONS, INC. and
HUGHES NETWORK SYSTEMS LLC

Dated: February 5, 2010        AUDET & PARTNERS, LLP

By: _____/s/_____
Joshua C. Ezrin

Attorneys for Plaintiffs

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: February __8__, 2010        _____
THE HONORABLE SAMUEL CONTI

*IT IS SO ORDERED* — Judge Samuel Conti

///
///
///
///
///
///
///

I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motion to Dismiss. In compliance with General Order 45, X.B., I hereby attest that Joshua Ezrin concurred in this filing.

DATED: February 5, 2010        HOGAN & HARTSON LLP

By_____/s/_____
    Robert B. Hawk

3
STIPULATION AND [PROPOSED] ORDER RE ANSWER
CASE NO.: 09-CV-02136 SC
\\058224/000230 - 39651 v1