1   Robert B. Hawk (SBN 118054)
    J. Christopher Mitchell (SBN 215639)
2   HOGAN & HARTSON LLP
    525 University Avenue, 4th Floor
3   Palo Alto, California  94301
    Telephone:  (650) 463-4000
4   Facsimile:  (650) 463-4199
    rbhawk@hhlaw.com
5   jcmitchell@hhlaw.com

6   Attorneys for Defendants
    HUGHES COMMUNICATIONS, INC.
7   and HUGHES NETWORK SYSTEMS, LLC

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11  TINA WALTER, CHRISTOPHER BAYLESS,       CASE NO.:  09-CV-02136 SC
    and ERIC SCHUMACHER, individually and on
12  behalf of all others similarly situated,     **STIPULATION AND [PROPOSED]
                                                  ORDER REGARDING ANSWER TO
13                  Plaintiffs,                   PLAINTIFFS' AMENDED
                                                  CONSOLIDATED CLASS ACTION
14          v.                                    COMPLAINT**

15  HUGHES COMMUNICATIONS, INC. and          The Honorable Samuel Conti
    HUGHES NETWORK SYSTEMS, LLC,
16
                    Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE ANSWER
CASE NO.: 09-CV-02136 SC

\\058224/000230 - 39651 v1

1    WHEREAS, on October 5, 2009, Defendants Hughes Communications, Inc. and Hughes

2    Network Systems, LLC (collectively, "Hughes" or "Defendants") filed a Motion to Dismiss

3    Plaintiffs' Amended Consolidated Class Action Complaint (the "Motion to Dismiss");

4    WHEREAS, on January 26, 2010, the Court issued an Order Granting in Part and Denying

5    in Part Defendants' Motion to Dismiss;

6    WHEREAS, an answer to the Amended Consolidated Class Action Complaint is currently

7    due on February 9, 2010;

8    WHEREAS, Plaintiffs intend to amend their complaint in light of the Court's order, and

9    have 30 days from the date of the order in which to do so;

10    WHEREAS, in the interests of efficiency and economy, the parties agree that Defendants

11    need not file an answer to the Amended Consolidated Class Action Complaint, in light of

12    Plaintiffs' intention to file an amended complaint (the "New Complaint"), and that Defendants

13    should instead file a response to the New Complaint, once it is filed;

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1

1      IT IS HEREBY STIPULATED, by and between the parties through their respective

2  counsel, that:  1) Defendants are not required to file an answer to Plaintiffs' Amended

3  Consolidated Class Action Complaint; and 2) Defendants will answer or otherwise respond to

4  Plaintiffs' New Complaint within 20 days of the date the New Complaint is filed.

5      IT IS SO STIPULATED.

6  Dated: February 5, 2010      HOGAN & HARTSON LLP

7      By:      /s/

8      Robert B. Hawk

9      Attorneys for Defendants
HUGHES COMMUNICATIONS, INC. and

10      HUGHES NETWORK SYSTEMS LLC

11

12  Dated: February 5, 2010      AUDET & PARTNERS, LLP

13      By:      /s/

14      Joshua C. Ezrin

15      Attorneys for Plaintiffs

16

17  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

18

19  Dated: February __8__, 2010

20  THE HONORABLE SAMUEL CONTI

21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

1    I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this

2  Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants' Motion to

3  Dismiss.  In compliance with General Order 45, X.B., I hereby attest that Joshua Ezrin concurred

4  in this filing.

5

6  DATED: February 5, 2010                    HOGAN & HARTSON LLP

7

8                                             By_____/s/_____
                                                  Robert B. Hawk

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            3