| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Robert B. Hawk (SBN 118054)<br>J. Christopher Mitchell (SBN 215639)<br>HOGAN & HARTSON LLP<br>525 University Avenue, 4th Floor<br>Palo Alto, California 94301<br>Telephone: (650) 463-4000<br>Facsimile: (650) 463-4199<br>rbhawk@hhlaw.com<br>jcmitchell@hhlaw.com |
| 6<br>7 | Attorneys for Defendants<br>HUGHES COMMUNICATIONS, INC.<br>and HUGHES NETWORK SYSTEMS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WALTER, CHRISTOPHER BAYLESS, and ERIC SCHUMACHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC,<br><br>Defendants. | CASE NO.: 09-CV-02136 SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Samuel Conti |
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: 09-CV-02136 SC

\\058224/000230 - 39651 v1

| | |
|---|---|
| 1 | WHEREAS, on October 5, 2009, Defendants Hughes Communications, Inc. and Hughes |
| 2 | Network Systems, LLC (collectively, "Hughes" or "Defendants") filed a Motion to Dismiss |
| 3 | Plaintiffs' Amended Consolidated Class Action Complaint; |
| 4 | WHEREAS, on January 26, 2010, the Court issued an Order Granting in Part and Denying |
| 5 | in Part Defendants' Motion to Dismiss; |
| 6 | WHEREAS, Plaintiffs filed a Second Amended Consolidated Class Action Complaint |
| 7 | ("SAC") on February 26, 2010; |
| 8 | WHEREAS, on March 18, 2010, Defendants filed a Motion to Dismiss and Strike |
| 9 | Portions of the Second Amended Consolidated Class Action Complaint, which motion has been |
| 10 | set for hearing on May 7, 2010; |
| 11 | WHEREAS, there is a Case Management Conference scheduled for April 9, 2010; |
| 12 | WHEREAS, the Case Management Conference has previously been set for August 28, |
| 13 | 2009, December 4, 2009, December 18, 2009, and April 9, 2010, but has been continued by |
| 14 | stipulation and/or order of the Court during consolidation of the *Walter* and *Schumacher* actions |
| 15 | and during the pendency of Defendants' Motion to Dismiss Plaintiffs' Amended Consolidated |
| 16 | Class Action Complaint; |
| 17 | WHEREAS, in the interests of efficiency and economy, and in light of the pending |
| 18 | Motion to Dismiss, the parties agree that the Case Management Conference should be continued |
| 19 | to a date shortly after the May 7, 2010 hearing on the Motion to Dismiss; |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | |

1
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: 09-CV-02136 SC
\\058224/000230 - 39651 v1

1   IT IS HEREBY STIPULATED, by and between the parties through their respective
2   counsel, that the Case Management Conference currently scheduled for April 9, 2010 shall be
3   continued until June 25, 2010 at 10:00 a.m.
4   IT IS SO STIPULATED.

Dated: March 18, 2010                HOGAN & HARTSON LLP

                                     By:     /s/
                                     Robert B. Hawk

                                     Attorneys for Defendants
                                     HUGHES COMMUNICATIONS, INC. and
                                     HUGHES NETWORK SYSTEMS LLC

Dated: March 18, 2010                AUDET & PARTNERS, LLP

                                     By:     /s/
                                     Joshua C. Ezrin

                                     Attorneys for Plaintiffs

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: March 19, 2010                _____
                                     THE HONORABLE SAMUEL CONTI

///
///
///
///
///
///
///

2
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: 09-CV-02136 SC

\\058224/000230 - 39651 v1

I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Continuing Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Joshua Ezrin concurred in this filing.

DATED: March 18, 2010                HOGAN & HARTSON LLP

                                     By_____/s/_____
                                          Robert B. Hawk

3
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: 09-CV-02136 SC
\\058224/000230 - 39651 v1