1   Robert B. Hawk (SBN 118054)
    J. Christopher Mitchell (SBN 215639)
2   HOGAN & HARTSON LLP
    525 University Avenue, 4th Floor
3   Palo Alto, California  94301
    Telephone:  (650) 463-4000
4   Facsimile:  (650) 463-4199
    rbhawk@hhlaw.com
5   jcmitchell@hhlaw.com

6   Attorneys for Defendants
    HUGHES COMMUNICATIONS, INC.
7   and HUGHES NETWORK SYSTEMS, LLC

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  TINA WALTER, CHRISTOPHER BAYLESS,          CASE NO.:  09-CV-02136 SC
    and ERIC SCHUMACHER, individually and on
12  behalf of all others similarly situated,   **STIPULATION AND [PROPOSED]**
                                               **ORDER CONTINUING CASE**
                    Plaintiffs,                **MANAGEMENT CONFERENCE**
13
                                               The Honorable Samuel Conti
14          v.

15  HUGHES COMMUNICATIONS, INC. and
    HUGHES NETWORK SYSTEMS, LLC,
16
                    Defendants.
17

18

19

20

21

22

23

24

25

26

27

28
    _____
    STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
    CASE NO.: 09-CV-02136 SC

    \\058224/000230 - 39651 v1

1    WHEREAS, on October 5, 2009, Defendants Hughes Communications, Inc. and Hughes

2  Network Systems, LLC (collectively, "Hughes" or "Defendants") filed a Motion to Dismiss

3  Plaintiffs' Amended Consolidated Class Action Complaint;

4    WHEREAS, on January 26, 2010, the Court issued an Order Granting in Part and Denying

5  in Part Defendants' Motion to Dismiss;

6    WHEREAS, Plaintiffs filed a Second Amended Consolidated Class Action Complaint

7  ("SAC") on February 26, 2010;

8    WHEREAS, on March 18, 2010, Defendants filed a Motion to Dismiss and Strike

9  Portions of the Second Amended Consolidated Class Action Complaint, which motion has been

10  set for hearing on May 7, 2010;

11    WHEREAS, there is a Case Management Conference scheduled for April 9, 2010;

12    WHEREAS, the Case Management Conference has previously been set for August 28,

13  2009, December 4, 2009, December 18, 2009, and April 9, 2010, but has been continued by

14  stipulation and/or order of the Court during consolidation of the *Walter* and *Schumacher* actions

15  and during the pendency of Defendants' Motion to Dismiss Plaintiffs' Amended Consolidated

16  Class Action Complaint;

17    WHEREAS, in the interests of efficiency and economy, and in light of the pending

18  Motion to Dismiss, the parties agree that the Case Management Conference should be continued

19  to a date shortly after the May 7, 2010 hearing on the Motion to Dismiss;

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: 09-CV-02136 SC

\\058224/000230 - 39651 v1

1    IT IS HEREBY STIPULATED, by and between the parties through their respective

2  counsel, that the Case Management Conference currently scheduled for April 9, 2010 shall be

3  continued until June 25, 2010 at 10:00 a.m.

4    IT IS SO STIPULATED.

5  Dated: March 18, 2010                    HOGAN & HARTSON LLP

6                                           By:    _____/s/_____

7                                                  Robert B. Hawk

8                                           Attorneys for Defendants
                                            HUGHES COMMUNICATIONS, INC. and
9                                           HUGHES NETWORK SYSTEMS LLC

10

11  Dated: March 18, 2010                   AUDET & PARTNERS, LLP

12                                          By:    _____/s/_____
                                                   Joshua C. Ezrin
13
                                            Attorneys for Plaintiffs
14

15

16  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

17

18  Dated: March __19__, 2010

19                                          THE HON_____ CONTI

20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
                                          2
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: 09-CV-02136 SC
\\058224/000230 - 39651 v1

1      I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this

2 Stipulation and [Proposed] Continuing Case Management Conference.  In compliance with

3 General Order 45, X.B., I hereby attest that Joshua Ezrin concurred in this filing.

4

5 DATED: March 18, 2010           HOGAN & HARTSON LLP

6

7                    By_____/s/_____
                       Robert B. Hawk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: 09-CV-02136 SC
\\058224/000230 - 39651 v1