William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Joshua C. Ezrin (CA State Bar #220157)
jezrin@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Alan R. Plutzik (CA State Bar No. 077785)
aplutzik@bramsonplutzik.com
Jennifer S. Rosenberg (CA State Bar No. 121023)
jrosenberg@bramsonplutik.com
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  95498
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

Harris L. Pogust (PA Bar No. 52721)
hpogust@pbmattorneys.com
Derek T. Braslow (PA Bar No. 78994)
dbraslow@pbmattorneys.com
POGUST, BRASLOW & MILLROOD, LLC
161 Washington Street, Suite 1520
Conshohocken, PA  19428
Telephone:  (610) 941-4204
Facsimile:   (610) 941-4245

*Attorneys for Plaintiffs
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WALTER, CHRISTOPHER BAYLESS and ERIC SCHUMACHER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>v.<br><br>HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC,<br><br>Defendants. | CASE NO:  09-CV-02136 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON MOTION TO DISMISS**<br><br>Date:         May 7, 2010<br>Time:         10:00 a.m.<br>Courtroom:  1, 17th Floor<br><br>The Honorable Samuel Conti |

1     WHEREAS, on March 18, 2010, Defendants HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC, (hereinafter, "Defendant") filed a Motion to Dismiss and Strike Portions of the Second Amended Consolidated Class Action Complaint, currently set for hearing on May 7, 2010;

    WHEREAS, the Opposition to Defendant's Motion is due to be filed with this Court on or before April 16, 2010;

    WHEREAS, any Reply to Defendant's Opposition to the Motion is due to be filed with this Court on or before April 23, 2010;

    WHEREAS, on March 23, 2010, the Parties participated in a full and productive day of mediation with the Hon. Ronald Sabraw (Ret.), at the JAMS offices in San Francisco, California, at which time the basic framework of a class wide settlement to this matter was discussed;

    WHEREAS the Parties have agreed to exchange drafts of proposed settlement agreements prior to their return to JAMS for another mediation session with Judge Sabraw on July 8, 2010;

    WHEREAS, to allow the Parties an opportunity to meaningfully continue their discussions regarding the possible settlement of this matter, the Parties agree that the hearing on the Motion to Dismiss should be continued until after the July 8 mediation session;

    IT IS HEREBY STIPULATED, by and between the Parties through their respective counsel, that the hearing on the Motion to Dismiss currently scheduled for May 7, 2010 shall be continued until September 3, 2010 at 10:00 a.m., and further stipulated that the briefing schedule be continued accordingly to August 13, 2010 for the Opposition and August 20, 2010 for the Reply.

    IT IS SO STIPULATED.

Dated: April 7, 2010                        AUDET & PARTNERS, LLP

                                            By:      /s/
                                                 Joshua C. Ezrin
                                                 Attorneys for Plaintiffs

1 | Dated: April 7, 2010                                HOGAN & HARTSON LLP

2                                                                       By:     /s/
3                                                                              Robert B. Hawk
                                                                               Attorneys for Defendants
4                                                                              HUGHES COMMUNICATIONS, INC. and
                                                                               HUGHES NETWORK SYSTEMS LLC
5

6

7 | PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

8

9 | Dated:  April __7__, 2010

10                                                                     _____
                                                                       THE HONORABLE SAMUEL CONTI

*IT IS SO ORDERED* — Judge Samuel Conti, United States District Court, Northern District of California