Robert B. Hawk (SBN 118054)
J. Christopher Mitchell (SBN 215639)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California  94301
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
robert.hawk@hoganlovells.com
chris.mitchell@hoganlovells.com

Attorneys for Defendants
HUGHES COMMUNICATIONS, INC.
and HUGHES NETWORK SYSTEMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WALTER, CHRISTOPHER BAYLESS, and ERIC SCHUMACHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC,<br><br>Defendants. | CASE NO.:  09-CV-02136 SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Samuel Conti |

1    WHEREAS, there is a Case Management Conference scheduled for June 25, 2010;

2    WHEREAS, on March 23, 2010, the Parties participated in a full and productive day of
3    mediation with the Hon. Ronald Sabraw (Ret.), at the JAMS offices in San Francisco, California,
4    at which time the basic framework of a class wide settlement to this matter was discussed;

5    WHEREAS, the Parties have agreed to exchange drafts of proposed settlement
6    agreements prior to their return to JAMS for another mediation session with Judge Sabraw on
7    July 8, 2010;

8    WHEREAS, to allow the Parties an opportunity to meaningfully continue their
9    discussions regarding the possible settlement of this matter, the Parties agree that the Case
10   Management Conference should be continued until after the July 8 mediation session;

11   WHEREAS, in light of the mediation, the Parties previously stipulated, and the Court
12   ordered, that the hearing on Defendants' pending Motion to Dismiss and Strike Portions of the
13   Second Amended Consolidated Complaint be continued until September 3, 2010;

14   WHEREAS, the Case Management Conference has previously been set for August 28,
15   2009, December 4, 2009, December 18, 2009, and April 9, 2010, but has been continued by
16   stipulation and/or order of the Court during consolidation of the *Walter* and *Schumacher* actions
17   and during the pendency of Defendants' Motion to Dismiss Plaintiffs' Amended Consolidated
18   Class Action Complaint;

19   IT IS HEREBY STIPULATED, by and between the parties and their respective counsel,
20   that Case Management Conference scheduled for June 25, 2010 be continued to September 17,
21   2010.

22   IT IS SO STIPULATED.

23   DATED: June 4, 2010                    HOGAN LOVELLS US LLP

24                                          By:      /s/
25                                                Robert B. Hawk

26                                          Attorneys for Defendants
27                                          HUGHES COMMUNICATIONS, INC. and
                                            HUGHES NETWORK SYSTEMS LLC
28

1
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: 09-CV-02136 SC

1 | Dated: June 4, 2010                                        AUDET & PARTNERS, LLP

2
                                                              By:        /s/
3                                                                   Joshua C. Ezrin

4                                                             Attorneys for Plaintiffs

5

6 | PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

7

8
   Dated: June _9_, 2010
9                                                     THE HONORABLE SAMUEL CONTI

**GRANTED**
*Judge Samuel Conti*

---

2
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO.: 09-CV-02136 SC

1  I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with
3  General Order 45, X.B., I hereby attest that Joshua Ezrin concurred in this filing.

5  DATED: June 4, 2010              HOGAN LOVELLS US LLP

                                    By_____/s/_____
                                          Robert B. Hawk