William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Joshua C. Ezrin (CA State Bar #220157)
jezrin@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

*Attorneys for Plaintiffs*
*and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TINA WALTER, CHRISTOPHER BAYLESS and ERIC SCHUMACHER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>v.<br><br>HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC,<br><br>Defendants. | CASE NO: 09-CV-02136 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING HEARING ON MOTION TO DISMISS** |

WHEREAS, on March 18, 2010, Defendants HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC, (hereinafter, "Defendant") filed a Motion to Dismiss and Strike Portions of the Second Amended Consolidated Class Action Complaint (hereinafter "Motion to Dismiss") in the above-captioned case, originally set for hearing on May 7, 2010;

WHEREAS, on March 23, 2010, the Parties participated in a full and productive day of mediation with the Hon. Ronald Sabraw (Ret.), at the JAMS offices in San Francisco, California, at which time the basic framework of a class wide settlement to this matter was discussed;

WHEREAS the Parties agreed to return to JAMS for another mediation session with Judge Sabraw on July 8, 2010, and per stipulation the May 7, 2010 hearing on the Motion to Dismiss was continued until September 17, 2010;

WHEREAS the July 8, 2010 mediation session was continued by the mediator until August 17, 2010;

WHEREAS, to allow the Parties an opportunity to meaningfully continue their discussions regarding the possible settlement of this matter, the Parties agree that the hearing on the Motion to Dismiss should be withdrawn without prejudice;

WHEREAS, should mediation not resolve this matter, Defendant intends to file, prior to the deadline for it to respond to the Second Amended Complaint, a Motion to Dismiss;

WHEREAS the Parties agree that the Defendant's time to answer the Second Amended Complaint is extended until on or before September 17, 2010.

IT IS HEREBY STIPULATED, by and between the Parties through their respective counsel, that the hearing on the Motion to Dismiss currently scheduled for September 3, 2010 shall be withdrawn without prejudice, and further stipulated that Defendant will answer or otherwise respond to the Second Amended Complaint on or before September 17, 2010.

IT IS SO STIPULATED.

Dated: August 10, 2010

AUDET & PARTNERS, LLP

By: /s/
Joshua C. Ezrin
Attorneys for Plaintiffs

Dated: August 10, 2010

HOGAN LOVELLS US, LLP

By: /s/
Robert B. Hawk Attorneys for Defendants HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS LLC



PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED

Dated: August ______, 2010

THE HONORABLE SAMUEL CONTI

I, Joshua C. Ezrin, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Withdrawing Hearing On Motion To Dismiss. In compliance with General Order 45, X.B., I hereby attest that Robert Hawk, counsel for HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC concurred in this filing.

Dated: August 10, 2010

AUDET & PARTNERS, LLP

By: /s/
Joshua C. Ezrin