```
1  William M. Audet (CA State Bar #117456)
   waudet@audetlaw.com
2  Joshua C. Ezrin (CA State Bar #220157)
   jezrin@audetlaw.com
3  AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
4  San Francisco CA 94105
   Telephone: (415) 568-2555
5  Facsimile: (415) 568-2556
```

*Attorneys for Plaintiffs*
*and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WALTER, CHRISTOPHER BAYLESS and ERIC SCHUMACHER, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC,<br><br>　　　　Defendants. | CASE NO:  09-CV-02136 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE CONTINUING STATUS CONFERENCE AND EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

　　　　WHEREAS, on August 17, 2010, the Parties participated in a second full and productive day of mediation with the Hon. Ronald Sabraw (Ret.), at the JAMS offices in San Francisco, California, at which time the parties agreed upon major aspects of a contemplated class wide settlement in this matter;

　　　　WHEREAS, in order to allow the Parties sufficient time to finalize the terms of such a settlement, the Parties request additional time for Defendant to respond to the Second Amended Consolidated Class Action Complaint (hereafter, "Second Amended Complaint"), the response of which is currently due on or before September 17, 2010;

1     WHEREAS, the Parties further request that the Status Conference currently set for
2 September 17, 2010 be continued until December 3, 2010, at 10:00 a.m., for a Trial Setting
3 Conference, with a joint statement due on November 29, 2010;

4     WHEREAS, the Parties understand that no further requests to continue Defendant's
5 response to the Second Amended Complaint, or requests to continue the Trial Setting Conference
6 will be granted.

7     IT IS HEREBY STIPULATED, by and between the Parties through their respective
8 counsel, that Defendant will respond to the Second Amended Complaint on or before November
9 19, 2010;

10     IT IS FURTHER STIPULATED, by and between the Parties through their respective
11 counsel, that this matter will be set for a Trial Setting Conference on December 3, 2010, with a
12 Joint Statement due on November 29, 2010.

13     IT IS SO STIPULATED.

14 Dated: September 8, 2010                        AUDET & PARTNERS, LLP

15                                               By:      /s/
16                                                      Joshua C. Ezrin
                                                     Attorneys for Plaintiffs

17 Dated: September 8, 2010                        HOGAN LOVELLS US, LLP

18                                                 By:      /s/
19                                                      Robert B. Hawk
                                                     Attorneys for Defendants HUGHES
20                                                      COMMUNICATIONS, INC. and
                                                     HUGHES NETWORK SYSTEMS
21                                                      LLC

22 PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED

23

24 Dated: September 9, 2010                          _____
25                                            THE HONORABLE SAMUEL CONTI

26

27

28

1  I, Joshua C. Ezrin, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Re Continuing Status Conference Hearing And Extending Time For Defendant To Respond To Plaintiffs' Second Amended Consolidated Class Action Complaint. In compliance with General Order 45, X.B., I hereby attest that Robert Hawk, counsel for HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC concurred in this filing.

Dated: September 8, 2010                                              AUDET & PARTNERS, LLP

                                                              By:        /s/
                                                                     Joshua C. Ezrin