1  William M. Audet (CA State Bar #117456)
   waudet@audetlaw.com
2  Joshua C. Ezrin (CA State Bar #220157)
   jezrin@audetlaw.com
3  AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
4  San Francisco CA 94105
   Telephone: (415) 568-2555
5  Facsimile: (415) 568-2556

6  *Attorneys for Plaintiffs*
   *and the Proposed Class*

7

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10 TINA WALTER, CHRISTOPHER          )  CASE NO:  09-CV-02136 SC
   BAYLESS and ERIC SCHUMACHER,      )
11 individually and on behalf of others similarly )  **STIPULATION AND [~~PROPOSED~~]**
   situated,                          )  **ORDER CONTINUING STATUS**
12                                    )  **CONFERENCE AND EXTENDING**
                    Plaintiff,        )  **TIME FOR DEFENDANT TO**
13         v.                         )  **RESPOND TO PLAINTIFFS' SECOND**
                                      )  **AMENDED COMPLAINT**
14 HUGHES COMMUNICATIONS, INC. and    )
   HUGHES NETWORK SYSTEMS, LLC,       )
15                                    )
                    Defendants.       )
16                                    )

17 _____

18         WHEREAS, on March 23, 2010, and August 17, 2010, the Parties participated in full and

19 productive days of mediation with the Hon. Ronald Sabraw (Ret.), at the JAMS offices in San

20 Francisco, California, followed by a teleconference with the mediator on October 19, 2010;

21         WHEREAS, the Parties are continuing to negotiate the terms of a settlement via

22 telephonic and written correspondence, and believe that agreement will be reached and a

23 comprehensive stipulation of settlement, subject to Court approval, will be agreed upon in time

24 to permit a January 7, 2011 filing of a Motion for Preliminary Approval of Settlement;

25         WHEREAS, Plaintiffs intend to seek Defendants' consent to file and expect to file prior

26 to January 7, 2011 a Second Amended Consolidated Class Action Complaint (hereafter, "Second

27 Amended Complaint"), alleging a nation-wide class;

28

1    WHEREAS, in order to allow the Parties sufficient time to focus and reach agreement on

2 final terms of a settlement, to draft and execute a comprehensive written stipulation of

3 settlement, and to prepare a Motion for Preliminary Approval,  the Parties respectfully request

4 that the Court adjust current case deadlines as follows:  Counsel will file a motion for

5 preliminary approval of settlement on or before January 7, 2011, with the hearing on that motion

6 to be set on January 21; the case management conference, currently calendared for December 3,

7 2010, will also be set for January 21, 2011; Defendants' deadline to respond to the operative

8 Complaint in this matter,  currently set for November 19, 2010, will be extended, such that

9 Defendants will respond to the Second Amended Complaint  on or before January 28, 2011;

10    IT IS HEREBY STIPULATED, by and between the Parties through their respective

11 counsel, that

12    1.    The Trial Setting Conference currently calendared for December 3, 2010 is

13       hereby continued to January 21, 2011, at 10:00 a.m., in Courtroom 1, 17th Floor,

14       at which time the Court will hear the Motion for Preliminary Approval of

15       Settlement;

16    2.    Counsel shall file their briefs seeking Preliminary Approval of Settlement by

17       January 7, 2011;

18    3.    Defendant shall respond to the Second Amended Complaint by January 28, 2011.

19    IT IS SO STIPULATED.

Dated: November 12, 2010                AUDET & PARTNERS, LLP

                        By:    _____/s/_____

                              Joshua C. Ezrin
                              Attorneys for Plaintiffs


Dated: November 12, 2010                HOGAN LOVELLS US, LLP

                        By:    _____/s/_____

                              Robert B. Hawk
                              Attorneys for Defendants


PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.


Dated:  November  18, 2010

                        _____
                        THE HONORABLE SAMUEL CONTI

1         I, Joshua C. Ezrin, am the ECF User whose ID and password are being used to file this

2    Stipulation And [Proposed] Order Re Continuing Status Conference Hearing And Extending

3    Time For Defendant To Respond To Plaintiffs' Second Amended Consolidated Class Action

4    Complaint. In compliance with General Order 45, X.B., I hereby attest that Robert Hawk,

5    counsel for HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS,

6    LLC concurred in this filing.

7

8    Dated: November 12, 2010                  AUDET & PARTNERS, LLP

9                                 By:           /s/

10                                       Joshua C. Ezrin

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28