| | |
|---|---|
| 1 | Robert B. Hawk (SBN 118054) |
| | J. Christopher Mitchell (SBN 215639) |
| 2 | HOGAN LOVELLS US LLP |
| | 525 University Avenue, 4th Floor |
| 3 | Palo Alto, California  94301 |
| | Telephone:  (650) 463-4000 |
| 4 | Facsimile:  (650) 463-4199 |
| | robert.hawk@hoganlovells.com |
| 5 | chris.mitchell@hoganlovells.com |
| 6 | Attorneys for Defendants |
| | HUGHES COMMUNICATIONS, INC. |
| 7 | and HUGHES NETWORK SYSTEMS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WALTER, CHRISTOPHER BAYLESS, and ERIC SCHUMACHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC,<br><br>Defendants. | CASE NO.:  09-CV-02136 SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>The Honorable Samuel Conti |

1  WHEREAS, on January 7, 2011, Plaintiffs Tina Walter, Christopher Bayless, and Eric Schumacher ("Plaintiffs") filed a Motion for Preliminary Approval of Settlement and Conditional Class Certification and Related Relief (the "Preliminary Approval Motion");

WHEREAS, also on January 7, 2011, Plaintiffs filed a Stipulation and [Proposed] Order Granting Plaintiffs Leave to File Third Amended Complaint, and also filed a proposed Third Amended Consolidated Class Action Complaint (the "Third Amended Complaint");

WHEREAS, by Clerk's Notice dated January 12, 2011, Judge Conti vacated the January 21, 2011 hearing date on the Preliminary Approval Motion and has taken the Preliminary Approval Motion under submission;

WHEREAS, the Court has not entered an Order on the stipulation granting Plaintiffs leave to file the Third Amended Complaint;

WHEREAS, by prior stipulation, Defendants Hughes Communications, Inc. and Hughes Network Services LLC ("Defendants") are required to respond to the previously filed Second Amended Consolidated Class Action Complaint (the "Second Amended Complaint") on or before January 28, 2011;

WHEREAS, given the pendency of the Preliminary Approval Motion and in the interests of efficiency and economy, the parties agree that Defendants need not answer or otherwise respond on January 28, 2011 to the Second Amended Complaint;

///
///
///
///
///
///
///
///

1

STIPULATION AND [PROPOSED] ORDER RE ANSWER
CASE NO.: 09-CV-02136 SC

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint is extended by 30 days, from January 28, 2011 to February 28, 2011.

IT IS SO STIPULATED.

Dated: January 27, 2011        HOGAN LOVELLS US LLP

                               By:     /s/
                                   Robert B. Hawk

                               Attorneys for Defendants
                               HUGHES COMMUNICATIONS, INC. and
                               HUGHES NETWORK SYSTEMS LLC

Dated: January 27, 2011        AUDET & PARTNERS, LLP

                               By:     /s/
                                   Joshua C. Ezrin

                               Attorneys for Plaintiffs

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: January 28 , 2011       _____
                               THE HONORABLE SAMUEL CONTI

                               IT IS SO ORDERED
                               Judge Samuel Conti

///
///
///
///
///

I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Answer to Plaintiffs' Second Amended Consolidated

1  Class Action Complaint.  In compliance with General Order 45, X.B., I hereby attest that Joshua
2  Ezrin concurred in this filing.
3
4  DATED: January 27, 2011                    HOGAN LOVELLS LLP
5
                                              By_____/s/_____
6                                                    Robert B. Hawk
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28