1  Robert B. Hawk (SBN 118054)
   J. Christopher Mitchell (SBN 215639)
2  HOGAN LOVELLS US LLP
   525 University Avenue, 4th Floor
3  Palo Alto, California  94301
   Telephone:  (650) 463-4000
4  Facsimile:  (650) 463-4199
   robert.hawk@hoganlovells.com
5  chris.mitchell@hoganlovells.com

6  Attorneys for Defendants
   HUGHES COMMUNICATIONS, INC.
7  and HUGHES NETWORK SYSTEMS, LLC

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 TINA WALTER, CHRISTOPHER BAYLESS,        CASE NO.:  09-CV-02136 SC
   and ERIC SCHUMACHER, individually and on
   behalf of all others similarly situated,    **SECOND STIPULATION AND
12                                              [PROPOSED] ORDER REGARDING
                                                RESPONSE TO PLAINTIFFS'
13                Plaintiffs,                    SECOND AMENDED
                                                CONSOLIDATED CLASS ACTION
14         v.                                    COMPLAINT**

15 HUGHES COMMUNICATIONS, INC. and          The Honorable Samuel Conti
   HUGHES NETWORK SYSTEMS, LLC,
16
                  Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

---

SECOND STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT
CASE NO.: 09-CV-02136 SC

\\\058224/000230 - 64317 v1

1    WHEREAS, on January 7, 2011, Plaintiffs Tina Walter, Christopher Bayless, and Eric

2    Schumacher ("Plaintiffs") filed a Motion for Preliminary Approval of Settlement and Conditional

3    Class Certification and Related Relief (the "Preliminary Approval Motion");

4    WHEREAS, also on January 7, 2011, Plaintiffs filed a Stipulation and [Proposed] Order

5    Granting Plaintiffs Leave to File Third Amended Complaint, and also filed a proposed Third

6    Amended Consolidated Class Action Complaint (the "Third Amended Complaint");

7    WHEREAS, the Court has not entered an Order on the stipulation granting Plaintiffs leave

8    to file the Third Amended Complaint;

9    WHEREAS, on February 3, 2011, the Court issued an Order Denying Motion For

10   Settlement, but providing that the parties may renew the Motion for Preliminary Approval of

11   Settlement, providing the Court with the information outlined in the February 3 Order;

12   WHEREAS the parties intend to renew the Motion for Preliminary Approval of

13   Settlement and to provide the information specified by the Court in its Order Denying Motion for

14   Settlement; the parties believe that the necessary information can be gathered and the renewed

15   motion can be filed by March 1, 2011 ;

16   WHEREAS, by prior stipulation, Defendants Hughes Communications, Inc. and Hughes

17   Network Services LLC ("Defendants") are required to respond to the previously filed Second

18   Amended Consolidated Class Action Complaint (the "Second Amended Complaint") on or before

19   February 28, 2011;

20   WHEREAS, given the parties' intent to file a renewed Motion for Preliminary Approval

21   Motion and in the interests of efficiency and economy, the parties agree that Defendants need not

22   answer or otherwise respond on February 28, 2011 to the Second Amended Complaint;

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

SECOND STIPULATION AND [PROPOSED] ORDER RE ANSWER
CASE NO.: 09-CV-02136 SC

\\\058224/000230 - 64317 v1

1    IT IS HEREBY STIPULATED, by and between the parties through their respective

2 counsel, that the deadline for Defendants to answer or otherwise respond to the Second Amended

3 Complaint is extended by 45 days, from February 28, 2011 to April 14, 2011.

4    IT IS SO STIPULATED.

5

6 Dated: February 18, 2011          HOGAN LOVELLS US LLP

7                                   By:    _____/s/_____

8                                          Robert B. Hawk

9                                   Attorneys for Defendants
10                                  HUGHES COMMUNICATIONS, INC. and
                                    HUGHES NETWORK SYSTEMS LLC
11

12 Dated: February 18, 2011         AUDET & PARTNERS, LLP

13                                  By:    _____/s/_____

14                                         Joshua C. Ezrin

15                                  Attorneys for Plaintiffs

16

17 PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

18

19 Dated: February 22, 2011         _____

20                                  THE HONORABLE SAMUEL CONTI

21

22 ///

23 ///

24 ///

25 ///

26 ///

27    I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this

28 Second Stipulation and [Proposed] Order Regarding Answer to Plaintiffs' Second Amended

2

SECOND STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT
CASE NO.: 09-CV-02136 SC
\\\058224/000230 - 64317 v1

1   Consolidated Class Action Complaint.  In compliance with General Order 45, X.B., I hereby

2   attest that Joshua Ezrin concurred in this filing.

3

4   DATED: February 18, 2011                HOGAN LOVELLS LLP

5

6   By_____/s/_____
                    Robert B. Hawk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            3