1  Robert B. Hawk (SBN 118054)
   J. Christopher Mitchell (SBN 215639)
2  HOGAN LOVELLS US LLP
   525 University Avenue, 4th Floor
3  Palo Alto, California 94301
   Telephone: (650) 463-4000
4  Facsimile: (650) 463-4199
   robert.hawk@hoganlovells.com
5  chris.mitchell@hoganlovells.com

6  Attorneys for Defendants
   HUGHES COMMUNICATIONS, INC.
7  and HUGHES NETWORK SYSTEMS, LLC

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 TINA WALTER, CHRISTOPHER BAYLESS,      CASE NO.: 09-CV-02136 SC
   and ERIC SCHUMACHER, individually and on
   behalf of all others similarly situated,   **THIRD STIPULATION AND
12                                             [PROPOSED] ORDER REGARDING
                  Plaintiffs,                  RESPONSE TO PLAINTIFFS'
13                                             SECOND AMENDED
              v.                               CONSOLIDATED CLASS ACTION
14                                             COMPLAINT**
   HUGHES COMMUNICATIONS, INC. and
15 HUGHES NETWORK SYSTEMS, LLC,            The Honorable Samuel Conti

16                Defendants.

1  WHEREAS, on January 7, 2011, Plaintiffs Tina Walter, Christopher Bayless, and Eric
2  Schumacher ("Plaintiffs") filed a Motion for Preliminary Approval of Settlement and Conditional
3  Class Certification and Related Relief (the "Preliminary Approval Motion");

4  WHEREAS, also on January 7, 2011, Plaintiffs filed a Stipulation and [Proposed] Order
5  Granting Plaintiffs Leave to File Third Amended Complaint, and also filed a proposed Third
6  Amended Consolidated Class Action Complaint (the "Third Amended Complaint");

7  WHEREAS, the Court has not entered an Order on the stipulation granting Plaintiffs leave
8  to file the Third Amended Complaint;

9  WHEREAS, by Stipulation and Order dated February 22, 2011, Defendants Hughes
10 Communications, Inc. and Hughes Network Services LLC ("Defendants") are required to respond
11 to the previously filed Second Amended Consolidated Class Action Complaint (the "Second
12 Amended Complaint") on or before April 14, 2011;

13 WHEREAS, on February 3, 2011, the Court issued an Order Denying Motion For
14 Settlement, but providing that the parties could renew the Motion for Preliminary Approval of
15 Settlement, providing the Court with the information outlined in the February 3 Order;

16 WHEREAS, on March 9, 2011, Plaintiffs filed additional briefing and materials in
17 support of preliminary approval of the settlement, including Plaintiffs' Supplemental Brief In
18 Support of Motion For Preliminary Approval Of Settlement And Conditional Class Certification
19 and the Declaration Of Joshua C. Ezrin In Support Of Motion For Preliminary Approval;

20 WHEREAS, on March 10, 201, Defendants filed Hughes Communications, Inc. and
21 Hughes Network Systems, LLC's Joinder In Plaintiffs' Motion For Preliminary Approval And
22 Conditional Class Certification;

23 WHEREAS, the Plaintiffs' Motion for Preliminary Approval of the Settlement remains
24 under submission to the Court;

25 IT IS HEREBY STIPULATED, by and between the parties through their respective
26 counsel, that the deadline for Defendants to answer or otherwise respond to the Second Amended
27 Complaint is extended from April 14, 2011 until fourteen (14) calendar days after the Court rules
28 on the Plaintiffs' Motion for Preliminary Approval of Settlement.

1  IT IS SO STIPULATED.

2

3  Dated: April 8, 2011            HOGAN LOVELLS US LLP

4
                                   By:    /s/
5                                        Robert B. Hawk

6                                  Attorneys for Defendants
                                   HUGHES COMMUNICATIONS, INC. and
7                                  HUGHES NETWORK SYSTEMS LLC

8

9  Dated: April 8, 2011            AUDET & PARTNERS, LLP

10
                                   By:    /s/
11                                       Joshua C. Ezrin

12                                 Attorneys for Plaintiffs

13

14 PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

15

16 Dated: April 13, 2011

17                                 THE HONORABLE SAMUEL CONTI
                                   (IT IS SO ORDERED — Judge Samuel Conti)
18

19  ///

20  ///

21  //

22  //

23  //

24  //

25  ///

26  ///

27  ///

28

                                    2
THIRD STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT
CASE NO.: 09-CV-02136 SC

\\\058224/000230 - 64317 v1

1      I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this
2  Third Stipulation and [Proposed] Order Regarding Answer to Plaintiffs' Second Amended
3  Consolidated Class Action Complaint. In compliance with General Order 45, X.B., I hereby
4  attest that Joshua Ezrin concurred in this filing.

6  DATED: April 8, 2011      HOGAN LOVELLS LLP

    By_____/s/_____
        Robert B. Hawk