| | |
|---|---|
| 1 | Robert B. Hawk (SBN 118054) |
| 2 | J. Christopher Mitchell (SBN 215639)<br>HOGAN LOVELLS US LLP |
| 3 | 525 University Avenue, 4th Floor<br>Palo Alto, California  94301 |
| 4 | Telephone:  (650) 463-4000<br>Facsimile:  (650) 463-4199 |
| 5 | robert.hawk@hoganlovells.com<br>chris.mitchell@hoganlovells.com |
| 6 | Attorneys for Defendants |
| 7 | HUGHES COMMUNICATIONS, INC.<br>and HUGHES NETWORK SYSTEMS, LLC |
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WALTER, CHRISTOPHER BAYLESS, and ERIC SCHUMACHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC,<br><br>Defendants. | CASE NO.:  09-CV-02136 SC<br><br>**FOURTH STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>The Honorable Samuel Conti |

1    Plaintiffs Tina Walter, Christopher Bayless, and Eric Schumacher and Defendants Hughes Communications, Inc. and Hughes Network Systems, LLC (collectively, the "Parties"), hereby stipulate to, and seek the Court's approval of, an order extending the time for Defendants to answer or otherwise respond to Plaintiffs' Second Amended Consolidated Class Action Complaint ("SAC"):

WHEREAS, on July 6, 2011, the Court issued an Order Denying Plaintiffs' Motion for Class Certification and Preliminary Approval of Settlement (the "Order");

WHEREAS, the Court set a status conference for August 26, 2011;

WHEREAS, the Parties are currently assessing the implications of the Order on the case broadly and intend to explore whether it makes sense to submit a revised settlement and supporting papers to the Court for its consideration;

WHEREAS, by order dated April 13, 2011, the Court ordered that the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint would be fourteen (14) calendar days after the Court ruled on the Plaintiffs' Motion for Preliminary Approval of Settlement, which currently makes Defendants' response date July 20, 2011;

WHEREAS, responding to the SAC will require a return to litigation after the parties had been focused for the past several months on trying to settle the case;

WHEREAS, Defendants intend to respond to the SAC by filing a motion to dismiss, and, in light of the U.S. Supreme Court's April 27, 2011 decision in AT&T Mobility v. Concepcion, 563 U.S. __ (2011), likely also a motion to compel arbitration;

WHEREAS, Defendants require a short extension of time to prepare these motions;

WHEREAS, the Parties believe that a short extension of the response deadline would aid ongoing discussions, and, depending on the outcome of those discussions, potentially prevent the unnecessary expenditure of resources in connection with briefing motions that this Court may ultimately never have to adjudicate;

///

///

///

1
FOURTH STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT
CASE NO.: 09-CV-02136 SC

1  IT IS HEREBY STIPULATED, by and between the Parties through their respective
2  counsel, that:
3     1. The deadline for Defendants to answer or otherwise respond to the Second Amended
4  Complaint is extended by 15 days, from July 20, 2011 until August 4, 2011.
5     2. Consistent with the July 6, 2011 Order, the Parties will submit a Joint Case
6  Management Conference Statement on August 19, 2011, seven days in advance of the August 26,
7  2011 Status Conference.
8     IT IS SO STIPULATED.

10  Dated: July 8, 2011          HOGAN LOVELLS US LLP

11
12                               By:      /s/
                                      Robert B. Hawk

13                                    Attorneys for Defendants
                                      HUGHES COMMUNICATIONS, INC. and
14                                    HUGHES NETWORK SYSTEMS LLC

16  Dated: July 8, 2011          AUDET & PARTNERS, LLP

17                               By:      /s/
                                      Joshua C. Ezrin
18                                    Attorneys for Plaintiffs

20  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

23  Dated: July 14, 2011          _____
24                                THE HONORABLE SAMUEL CONTI

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

1        I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this
2   Third Stipulation and [Proposed] Order Regarding Answer to Plaintiffs' Second Amended
3   Consolidated Class Action Complaint.  In compliance with General Order 45, X.B., I hereby
4   attest that Joshua Ezrin concurred in this filing.

6   DATED: July 8, 2011        HOGAN LOVELLS LLP

8                                 By_____/s/_____
                                    Robert B. Hawk