Robert B. Hawk (SBN 118054)
J. Christopher Mitchell (SBN 215639)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
robert.hawk@hoganlovells.com
chris.mitchell@hoganlovells.com

Attorneys for Defendants
HUGHES COMMUNICATIONS, INC.
and HUGHES NETWORK SYSTEMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WALTER, CHRISTOPHER BAYLESS, and ERIC SCHUMACHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC,<br><br>Defendants. | CASE NO.: 09-CV-02136 SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF MOTION FOR PRELIMINARY APPROVAL**<br><br>The Honorable Samuel Conti |

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF MOTION FOR PRELIMINARY APPROVAL**

WHEREAS, on October 14, 2011 the Court entered a stipulated Order Regarding Withdrawal Without Prejudice of Defendants' Motion to Dismiss (the "Order") permitting Hughes Communications, Inc. and Hughes Network Systems LLC's (collectively, "Hughes") to withdraw their then-pending Motion to Dismiss Pursuant to the Federal Arbitration Act and Alternative Motion to Dismiss and Strike ETF Claims, to allow Hughes and Plaintiffs Tina Walter, Christopher Bayless and Eric Schumacher ("Plaintiffs") (collectively, the "Parties") to pursue settlement;

WHEREAS, the Order, pursuant to the stipulation of the parties, provided that Hughes' time to Hughes' time to move to dismiss, answer or otherwise respond to the Second Amended Complaint shall and hereby would be extended until (a) November 25, 2011, or (b) if Plaintiffs were to file a Motion for Preliminary Approval of the Amended Settlement Agreement on or before November21, 2011, twenty (20) days after the Court rules on such motion;

WHEREAS, the parties have been diligently working to document the settlement and have been cooperating in good faith in an Amended and Restated Stipulation of Settlement (the "Amended Settlement Agreement") to be submitted to the Court for approval, together with a motion for preliminary approval of the proposed settlement;

WHEREAS, the parties anticipate that due to the number of parties and counsel whose review and signature are required for the settlement and supporting documentation to be executed, and the travel schedule and other urgent commitments of counsel, the Amended Settlement Agreement will not be fully executed in time for Plaintiffs to file the Motion for Preliminary Approval of the Amended Settlement Agreement on or before November 21, 2011;

IT IS HEREBY STIPULATED, by and between the Parties through their respective counsel, that:

1. Plaintiffs expect to file a Motion for Preliminary Approval of the Amended Settlement Agreement on or before December 7, 2011;
2. Hughes' time to move to dismiss, answer or otherwise respond to the Second Amended Complaint shall and hereby is extended until (a) December 20, 2011, or (b) if Plaintiffs file

a Motion for Preliminary Approval of the Amended Settlement Agreement on or before December 7, 2011, twenty (20) days after the Court rules on such motion.

IT IS SO STIPULATED.

Dated: November 17, 2011

HOGAN LOVELLS LLP

By: /s/ Robert Heck

Attorneys for Defendants
HUGHES COMMUNICATIONS, INC. and
HUGHES NETWORK SYSTEMS LLC

Dated: November 17, 2011

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER LLP

By: /s/ Jennifer S Rosenberg

Jennifer S. Rosenberg
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: November 21, 2011

_____
United States District Court Judge

(Stamp: IT IS SO ORDERED. Judge Samuel Conti)

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF MOTION FOR PRELIMINARY APPROVAL

2