1  Robert B. Hawk (SBN 118054)
   J. Christopher Mitchell (SBN 215639)
2  HOGAN LOVELLS US LLP
   525 University Avenue, 4th Floor
3  Palo Alto, California 94301
   Telephone: (650) 463-4000
4  Facsimile: (650) 463-4199
   robert.hawk@hoganlovells.com
5  chris.mitchell@hoganlovells.com

6  Attorneys for Defendants
   HUGHES COMMUNICATIONS, INC.
7  and HUGHES NETWORK SYSTEMS, LLC

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 TINA WALTER, CHRISTOPHER BAYLESS,      CASE NO.: 09-CV-02136 SC
   and ERIC SCHUMACHER, individually and on
   behalf of all others similarly situated,      **STIPULATION AND [PROPOSED]**
12                                                 **ORDER REGARDING FILING OF**
                 Plaintiffs,                       **MOTION FOR PRELIMINARY**
13                                                 **APPROVAL**
           v.
14                                                 The Honorable Samuel Conti
   HUGHES COMMUNICATIONS, INC. and
15 HUGHES NETWORK SYSTEMS, LLC,

16               Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF MOTION FOR PRELIMINARY APPROVAL**

WHEREAS, on October 14, 2011 the Court entered a stipulated Order Regarding Withdrawal Without Prejudice of Defendants' Motion to Dismiss (the "Order") permitting Hughes Communications, Inc. and Hughes Network Systems LLC's (collectively, "Hughes") to withdraw their then-pending Motion to Dismiss Pursuant to the Federal Arbitration Act and Alternative Motion to Dismiss and Strike ETF Claims, to allow Hughes and Plaintiffs Tina Walter, Christopher Bayless and Eric Schumacher ("Plaintiffs") (collectively, the "Parties") to pursue settlement;

WHEREAS, the Order, pursuant to the stipulation of the parties, provided that Hughes' time to Hughes' time to move to dismiss, answer or otherwise respond to the Second Amended Complaint shall and hereby would be extended until (a) November 25, 2011, or (b) if Plaintiffs were to file a Motion for Preliminary Approval of the Amended Settlement Agreement on or before November 21, 2011, twenty (20) days after the Court rules on such motion;

WHEREAS, the parties have been diligently working to document the settlement and have been cooperating in good faith in an Amended and Restated Stipulation of Settlement (the "Amended Settlement Agreement") to be submitted to the Court for approval, together with a motion for preliminary approval of the proposed settlement;

WHEREAS, the parties anticipate that due to the number of parties and counsel whose review and signature are required for the settlement and supporting documentation to be executed, and the travel schedule and other urgent commitments of counsel, the Amended Settlement Agreement will not be fully executed in time for Plaintiffs to file the Motion for Preliminary Approval of the Amended Settlement Agreement on or before November 21, 2011;

IT IS HEREBY STIPULATED, by and between the Parties through their respective counsel, that:

1. Plaintiffs expect to file a Motion for Preliminary Approval of the Amended Settlement Agreement on or before December 7, 2011;

2. Hughes' time to move to dismiss, answer or otherwise respond to the Second Amended Complaint shall and hereby is extended until (a) December 20, 2011, or (b) if Plaintiffs file

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF MOTION FOR PRELIMINARY APPROVAL**

1

1    a Motion for Preliminary Approval of the Amended Settlement Agreement on or before

2    December 7, 2011, twenty (20) days after the Court rules on such motion.

3         IT IS SO STIPULATED.

4

5    Dated: November 17, 2011           HOGAN LOVELLS LLP

6                                       By:  _____

7

8                                       Attorneys for Defendants
                                        HUGHES COMMUNICATIONS, INC. and
9                                       HUGHES NETWORK SYSTEMS LLC

10

11
     Dated: November 17, 2011           BRAMSON, PLUTZIK, MAHLER &
12                                       BIR
                                        KHA
13                                      EUS
                                        ER
14                                      LLP

15
                                        By:  _____
16
                                        Jennifer S. Rosenberg
17                                      Attorneys for Plaintiffs

18   IT IS SO ORDERED.

19

20   Dated: November 21, 2011

21

22                                      United                         Judge

23

24

25

26

27

28