1  Robert B. Hawk (SBN 118054)
   J. Christopher Mitchell (SBN 215639)
2  HOGAN LOVELLS US LLP
   525 University Avenue, 4th Floor
3  Palo Alto, California 94301
   Telephone: (650) 463-4000
4  Facsimile: (650) 463-4199
   robert.hawk@hoganlovells.com
5  chris.mitchell@hoganlovells.com

6  Attorneys for Defendants
   HUGHES COMMUNICATIONS, INC.
7  and HUGHES NETWORK SYSTEMS, LLC

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11  TINA WALTER, CHRISTOPHER BAYLESS, | CASE NO.: 09-CV-02136 SC
    and ERIC SCHUMACHER, individually and on
12  behalf of all others similarly situated, | **STIPULATION AND [PROPOSED]
                                              ORDER SETTING HEARING DATE
13                 Plaintiffs,                FOR PLAINTIFFS' MOTION FOR
                                              PRELIMINARY APPROVAL OF
14         v.                                 SETTLEMENT AND CASE
                                              MANAGEMENT CONFERENCE**
15  HUGHES COMMUNICATIONS, INC. and
    HUGHES NETWORK SYSTEMS, LLC,              The Honorable Samuel Conti
16
                   Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | Plaintiffs Tina Walter, Christopher Bayless, and Eric Schumacher and Defendants Hughes |
| 2 | Communications, Inc. and Hughes Network Systems, LLC (collectively, the "Parties"), hereby |
| 3 | stipulate to, and seek the Court's approval of, an order setting a date for the hearing on Plaintiffs' |
| 4 | Motion for Preliminary Approval of the Amended Settlement Agreement and for a Case |
| 5 | Management Conference: |
| 6 | WHEREAS, on November 21, 2011, the Court entered an Order, pursuant to the parties' |
| 7 | stipulation, providing for the Plaintiffs to file a Motion for Preliminary Approval of the Amended |
| 8 | Settlement Agreement on or before December 7, 2011, and extending time for Defendants to |
| 9 | respond to the Second Amended Complaint; |
| 10 | WHEREAS, the parties, after consulting with the Court's Calendar Clerk and Courtroom |
| 11 | Deputy, stipulate that the hearing on Plaintiffs' Motion for Preliminary Approval of the Amended |
| 12 | Settlement Agreement and the Case management Conference, previously scheduled for |
| 13 | November 29, 2011, shall be continued to February 10, 2012 at 10 a.m. |

1

2     IT IS HEREBY STIPULATED, by and between the Parties through their respective

3 counsel, that:

4     1. The hearing on Plaintiffs' Motion for Preliminary Approval of the Amended

5 Settlement Agreement shall be on February 10, 2012 at 10 a.m.

6     2. The Case Management Conference, currently scheduled for November 29, 2011, shall

7 be continued to February 10, 2012 at 10 a.m.

10 Dated: November 22, 2011         HOGAN LOVELLS US LLP

11         By:    /s/
12           Robert B. Hawk

13         Attorneys for Defendants
        HUGHES COMMUNICATIONS, INC. and
14         HUGHES NETWORK SYSTEMS LLC

16         BRAMSON, PLUTZIK, MAHLER &
        BIRKHAEUSER, LLP
17

19         By:    /s/
          Jennifer S. Rosenberg
20           Attorneys for Plaintiffs

22 PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

24 Dated: November 28, 2011

25         _____
26         THE HONORABLE SAMUEL CONTI

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

2
STIPULATION AND ORDER SETTING PRELIMINARY APPROVAL MOTION HEARING AND CMC
CASE NO.: 09-CV-02136 SC
\\058224/000230 - 105453 v1

I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Plaintiffs' counsel Jennifer Rosenberg concurred in this filing.

DATED: November 22, 2011      HOGAN LOVELLS LLP

By               /s/
        Robert B. Hawk