1  Robert B. Hawk (SBN 118054)
   J. Christopher Mitchell (SBN 215639)
2  HOGAN LOVELLS US LLP
   525 University Avenue, 4th Floor
3  Palo Alto, California  94301
   Telephone:  (650) 463-4000
4  Facsimile:  (650) 463-4199
   robert.hawk@hoganlovells.com
5  chris.mitchell@hoganlovells.com

6  Attorneys for Defendants
   HUGHES COMMUNICATIONS, INC.
7  and HUGHES NETWORK SYSTEMS, LLC

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 TINA WALTER, CHRISTOPHER BAYLESS,        CASE NO.:  09-CV-02136 SC
   and ERIC SCHUMACHER, individually and on
12 behalf of all others similarly situated,  **STIPULATION AND [PROPOSED]
                                             ORDER SETTING HEARING DATE
13              Plaintiffs,                  FOR PLAINTIFFS' MOTION FOR
                                             PRELIMINARY APPROVAL OF
14       v.                                  SETTLEMENT AND CASE
                                             MANAGEMENT CONFERENCE**
15 HUGHES COMMUNICATIONS, INC. and
   HUGHES NETWORK SYSTEMS, LLC,              The Honorable Samuel Conti
16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs Tina Walter, Christopher Bayless, and Eric Schumacher and Defendants Hughes Communications, Inc. and Hughes Network Systems, LLC (collectively, the "Parties"), hereby stipulate to, and seek the Court's approval of, an order setting a date for the hearing on Plaintiffs' Motion for Preliminary Approval of the Amended Settlement Agreement and for a Case Management Conference:

WHEREAS, on November 21, 2011, the Court entered an Order, pursuant to the parties' stipulation, providing for the Plaintiffs to file a Motion for Preliminary Approval of the Amended Settlement Agreement on or before December 7, 2011, and extending time for Defendants to respond to the Second Amended Complaint;

WHEREAS, the parties, after consulting with the Court's Calendar Clerk and Courtroom Deputy, stipulate that the hearing on Plaintiffs' Motion for Preliminary Approval of the Amended Settlement Agreement and the Case management Conference, previously scheduled for November 29, 2011, shall be continued to February 10, 2012 at 10 a.m.

---

1
STIPULATION AND ORDER SETTING PRELIMINARY APPROVAL MOTION HEARING AND CMC
CASE NO.: 09-CV-02136 SC
\\058224/000230 - 105453 v1

1

2       IT IS HEREBY STIPULATED, by and between the Parties through their respective

3  counsel, that:

4       1.  The hearing on Plaintiffs' Motion for Preliminary Approval of the Amended

5  Settlement Agreement shall be on February 10, 2012 at 10 a.m.

6       2.  The Case Management Conference, currently scheduled for November 29, 2011, shall

7  be continued to February 10, 2012 at 10 a.m.

8

9

10  Dated: November 22, 2011                    HOGAN LOVELLS US LLP

11
                                                By:      /s/
12                                                    Robert B. Hawk

13                                              Attorneys for Defendants
                                                HUGHES COMMUNICATIONS, INC. and
14                                              HUGHES NETWORK SYSTEMS LLC

15

16                                              BRAMSON, PLUTZIK, MAHLER &
                                                BIRKHAEUSER, LLP
17

18
                                                By:      /s/
19                                                    Jennifer S. Rosenberg
                                                      Attorneys for Plaintiffs
20

21

22  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

23

24  Dated: November 28, 2011

25                                              _____
                                                THE HONORABLE SAMUEL CONTI
26

27

*IT IS SO ORDERED*
*Judge Samuel Conti*

28
                                        2
STIPULATION AND ORDER SETTING PRELIMINARY APPROVAL MOTION HEARING AND CMC
CASE NO.: 09-CV-02136 SC
\\058224/000230 - 105453 v1

1  I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this
2  STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE FOR PLAINTIFFS'
3  MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CASE
4  MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest
5  that Plaintiffs' counsel Jennifer Rosenberg concurred in this filing.

7  DATED: November 22, 2011        HOGAN LOVELLS LLP

          By_____/s/_____
                    Robert B. Hawk