| | |
|---|---|
| 1 | Robert B. Hawk (SBN 118054) |
| 2 | J. Christopher Mitchell (SBN 215639)<br>HOGAN LOVELLS US LLP |
| 3 | 525 University Avenue, 4th Floor<br>Palo Alto, California  94301 |
| 4 | Telephone:  (650) 463-4000<br>Facsimile:  (650) 463-4199 |
| 5 | robert.hawk@hoganlovells.com<br>chris.mitchell@hoganlovells.com |
| 6 | Attorneys for Defendants |
| 7 | HUGHES COMMUNICATIONS, INC.<br>and HUGHES NETWORK SYSTEMS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WALTER, CHRISTOPHER BAYLESS, and ERIC SCHUMACHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC,<br><br>Defendants. | CASE NO.:  09-CV-02136 SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO FOURTH AMENDED COMPLAINT**<br><br>The Honorable Samuel Conti |

STIPULATION AND ORDER REGARDING DEFENDANTS' RESPONSE TO FOURTH AMENDED COMPLAINT
CASE NO.: 09-CV-02136 SC

\\058224/000230 - 107452 v1

WHEREAS, on October 4, 2011, the Court entered, pursuant to stipulation of the parties, an Order Regarding Withdrawal Without Prejudice of Defendants' Motion to Dismiss, permitting Hughes Communications, Inc. and Hughes Network Systems LLC (collectively, "Hughes") to withdraw their then-pending Motion to Dismiss Pursuant to the Federal Arbitration Act and Alternative Motion to Dismiss and Strike ETF Claims (the " previously-filed Motion to Dismiss"), to allow Hughes and Plaintiffs to pursue settlement;

WHEREAS, on November 21, 2011, the Court, pursuant to stipulation, ordered that Hughes time to dismiss, answer or otherwise respond to the Second Amended Complaint be extended until (a) December 20, 2011, or (b) if Plaintiffs file a Motion for Preliminary Approval of the Amended Settlement Agreement on or before December 7, 2011, twenty (20) days after the Court rules on such motion;

WHEREAS, on December 7, 2011, Plaintiffs filed a Motion for Preliminary Approval of [Amended and Restated] Settlement and Conditional Class Certification and a proposed Fourth Amended Complaint;

WHEREAS, the Court has scheduled said Motion for Preliminary Approval to be heard at 10:00 a.m. on February 10, 2012;

WHEREAS the parties' agree that the negotiation of and entry into an Amended Settlement Agreement, and the filing of a Motion for Preliminary Approval, are without prejudice to Hughes' rights to raise any defense to (or to oppose the filing of) any complaint filed or proposed to be filed by Plaintiffs, including the Fourth Amended Complaint;

WHEREAS, the parties agree that until the Court rules on Plaintiffs' Motion for Preliminary Approval, Hughes should, for purposes of efficiency, have no obligation to respond to the proposed Fourth Amended Complaint;

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that Hughes' time to move to dismiss, answer, oppose the filing of, or otherwise respond to the Fourth Amended Complaint shall and hereby is extended until twenty (20) days  after the

1
STIPULATION AND ORDER REGARDING DEFENDANTS' RESPONSE TO FOURTH AMENDED COMPLAINT
CASE NO.: 09-CV-02136 SC

\\058224/000230 - 107452 v1

Court rules on Plaintiffs' Motion for Preliminary Approval, currently set for hearing on February 10, 2012.

IT IS SO STIPULATED.

Dated: December 21, 2011          HOGAN LOVELLS US LLP

                                  By:     /s/
                                       Robert B. Hawk

                                  Attorneys for Defendants
                                  HUGHES COMMUNICATIONS, INC. and
                                  HUGHES NETWORK SYSTEMS LLC

Dated: December 21, 2011          BRAMSON, PLUTZIK, MAHLER &
                                  BIRKHAEUSER, LLP

                                  By:     /s/
                                       Jennifer S. Rosenberg

                                  Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:    1/4   , 2011

IT IS SO ORDERED
Judge Samuel Conti
United States District Judge

2
STIPULATION AND ORDER REGARDING DEFENDANTS' RESPONSE TO FOURTH AMENDED
COMPLAINT CASE NO.: 09-CV-02136 SC
\\058224/000230 - 107452 v1

1 |     I, Robert B. Hawk, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Defendants' Response to Fourth Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Jennifer S. Rosenberg has concurred in this filing.

DATED: December 21, 2011        HOGAN LOVELLS LLP

                                          By_____/s/_____
                                              Robert B. Hawk

STIPULATION AND ORDER REGARDING DEFENDANTS' RESPONSE TO FOURTH AMENDED COMPLAINT CASE NO.: 09-CV-02136 SC

\\058224/000230 - 107452 v1