IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WALTER, CHISTOPHER BAYLESS, AND ERIC SCHUMACHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC,<br><br>Defendants. | Case No. 09-2136 SC<br><br>ORDER DENYING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

Now before the Court is a motion for preliminary approval of a class action settlement and conditional class certification brought by the parties in the above captioned matter. ECF No. 98. The Court denied the parties' previous motion for settlement because it had several concerns about the certification of the class for settlement purposes as well as the form of the proposed notice. ECF No. 77. The revised settlement addresses most of the issues previously raised by the Court.

However, the Court remains concerned about two administrative issues. First, under the proposed settlement, in order to file objections, class members must mail separate letters to the Court, class counsel, and defense counsel. This process is burdensome for

the Court and the class members.  A more practical procedure, which has been adopted in other class actions, would be for the parties to mutually agree upon and appoint an independent administrator to collect and organize objections and then forward those objections to the Court and the parties.  If the parties cannot agree on an independent administrator, then the Court may appoint a special master.  Second, the address of the Court, as it appears in the long-form notice, is incomplete.  The full address of the Court is Courtroom 1 - 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

   For these reasons the Court DENIES the motion for preliminary approval of the class action settlement.  The Court will reconsider its ruling if the parties submit a revised settlement agreement and notice which address the issues raised above.

   IT IS SO ORDERED.

   Dated: February 8, 2012

   UNITED STATES DISTRICT JUDGE