1  Robert B. Hawk (SBN 118054)
   J. Christopher Mitchell (SBN 215639)
2  HOGAN LOVELLS US LLP
   525 University Avenue, 4th Floor
3  Palo Alto, California  94301
   Telephone:  (650) 463-4000
4  Facsimile:  (650) 463-4199
   robert.hawk@hoganlovells.com
5  chris.mitchell@hoganlovells.com

6  Attorneys for Defendants
   HUGHES COMMUNICATIONS, INC.
7  and HUGHES NETWORK SYSTEMS, LLC

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 TINA WALTER, CHRISTOPHER BAYLESS,      CASE NO.:  09-CV-02136 SC
   and ERIC SCHUMACHER, individually and on
   behalf of all others similarly situated,      **STIPULATION AND [~~PROPOSED~~]**
12                                                **SUPPLEMENTAL ORDER**
                                                  **REGARDING PRELIMINARY**
13            Plaintiffs,                         **APPROVAL OF CLASS ACTION**
                                                  **SETTLEMENT**
14        v.
                                                  The Honorable Samuel Conti
15 HUGHES COMMUNICATIONS, INC. and
   HUGHES NETWORK SYSTEMS, LLC,

16
              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, on February 29, 2012, Plaintiffs Tina Walter, Christopher Bayless and Eric

2    Schumacher ("Plaintiffs") submitted a [Proposed] Order Conditionally Certifying Class and

3    Granting Preliminary Approval of Class Action Settlement (the "Proposed Order") with their

4    Supplemental Motion for Preliminary Approval of Settlement and Conditional Certification of

5    Settlement Class in this action;

6    WHEREAS, on March 2, 2012, this Court, adopting the Proposed Order, granted

7    preliminary approval of the proposed settlement in this action;

8    WHEREAS, the Proposed Order inadvertently failed to identify a specific date by which

9    class members who wish to be excluded from the settlement must submit a request for exclusion

10   pursuant to Section 3.4 of the Second Amended Settlement Agreement;

11   WHEREAS, the Parties jointly propose that the Court adopt a deadline of September 28,

12   2012 (coinciding with the deadline for submission of settlement Claim Forms, pursuant to Section

13   2.8 of the Second Amended Settlement Agreement) for class members to submit requests for

14   exclusion; the parties believe this deadline will provide ample time for class members to opt out

15   of the settlement, should they wish to do so;

16   WHEREAS, notices to class members approved by the Court under the Proposed Order

17   already contain a space for the date by which requests for exclusion from the class are to be

18   postmarked, which will be filled in with the date ordered by the Court, and thus no new or

19   amended notice forms will be required;

20   IT IS HEREBY STIPULATED, by and between the Parties through their respective

21   counsel, that:

22   1.    All requests for exclusion submitted by Settlement Class Members wishing to be

23   excluded from the settlement in this action must be mailed (postmarked) pursuant to Section 3.4

24   of the Second Amended Settlement Agreement on or before September 28, 2012; and

25

26

27

28

1

1      2.      A copy of this Stipulation and Order shall be posted on the Settlement Website,

2   together with a copy of the Court's Order granting Preliminary Approval, pursuant to Section

3   3.2(e) of the Second Amended Settlement Agreement.

4

5      IT IS SO STIPULATED.

6

7   Dated: March 19, 2012          HOGAN LOVELLS US LLP

8                                  By:    _____/s/_____

9                                         Robert B. Hawk

10                                 Attorneys for Defendants
                                   HUGHES COMMUNICATIONS, INC. and
11                                 HUGHES NETWORK SYSTEMS LLC

12

13  Dated: March 19, 2012          BRAMSON, PLUTZIK, MAHLER

14                                 &BIRKHAEUSER, LLP

15                                 By:    _____/s/_____

16                                         Jennifer S. Rosenberg
                                           Attorneys for Plaintiffs

17

18  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED

19

20  Dated:  March 20, 2012         _____
                                   THE HONORABLE SAMUEL CONTI

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] SUPPLEMENTAL ORDER
REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO.: 09-CV-02136 SC