| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Robert B. Hawk (SBN 118054)<br>J. Christopher Mitchell (SBN 215639)<br>HOGAN LOVELLS US LLP<br>525 University Avenue, 4th Floor<br>Palo Alto, California  94301<br>Telephone:  (650) 463-4000<br>Facsimile:  (650) 463-4199<br>robert.hawk@hoganlovells.com<br>chris.mitchell@hoganlovells.com |
| 6<br>7 | Attorneys for Defendants<br>HUGHES COMMUNICATIONS, INC.<br>and HUGHES NETWORK SYSTEMS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WALTER, CHRISTOPHER BAYLESS, and ERIC SCHUMACHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC,<br><br>Defendants. | CASE NO.:  09-CV-02136 SC<br><br>**SECOND STIPULATION AND [PROPOSED] SUPPLEMENTAL ORDER REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>The Honorable Samuel Conti |

SECOND STIPULATION AND [PROPOSED] SUPPLEMENTAL ORDER
REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO.: 09-CV-02136 SC

\\PH - 058224/000230 - 78033 v1

1  WHEREAS, the Court's March 2, 2012 Order Conditionally Certifying Class and
2  Granting Preliminary Approval of Class Action Settlement ("Preliminary Approval Order")
3  requires the Parties hereto to use reasonable efforts to cause publication and dissemination of
4  Class Notice pursuant to Section 3.2 of the Second Amended Settlement Agreement ("the
5  Settlement") to be completed within ninety (90) days of the Preliminary Approval Order;
6  WHEREAS, ninety (90) days from issuance of the Preliminary Approval Order will
7  expire on Thursday, May 31, 2012;
8  WHEREAS, Section 3.2 of the Settlement calls, *inter alia*, for publication of the
9  "Summary Settlement Notice – Publication," in the form attached as Exhibit B4 to the
10 Preliminary Approval Order, on "two consecutive Mondays in USA Today";
11 WHEREAS, the Parties had anticipated that the Summary Settlement Notice – Publication
12 would be published in USA Today, pursuant to the terms of the Preliminary Approval Order and
13 Section 3.2 of the Settlement, on Monday, May 21, 2012, and Monday, May 28, 2012, and
14 Defendants had arranged with the Settlement Administrator to reserve the space necessary for
15 publication on those dates;
16 WHEREAS, the Settlement Administrator informed the Parties for the first time on May
17 14, 2012, that USA Today will not publish an issue on Monday, May 28, 2012, due to the
18 Memorial Day holiday, and will not publish an issue on the preceding Saturday (May 26) or
19 Sunday (May 27);
20 WHEREAS, the circulation of USA Today is generally higher on Fridays than on any
21 other day of the week (*see* Decl. of Jonathan Carameros at ¶ 4);
22 WHEREAS, the Parties jointly propose that the Court amend the timing of publication
23 notice, as set forth in the Preliminary Approval Order and the Settlement, to provide for
24 publication of the Summary Settlement Notice – Publication on Monday, May 21, 2012, and
25 Friday, May 25, 2012;
26 IT IS HEREBY STIPULATED, by and between the Parties through their respective
27 counsel, that the time for publication notice set forth in Paragraph 4(a) of the Court's March 2,
28

STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT
CASE NO.: 09-CV-02136 SC

\\PH - 058224/000230 - 78033 v1

2012, Preliminary Approval Order and Section 3.2(a) of the Second Amended Settlement Agreement is hereby amended as follows:  the Summary Settlement Notice – Publication (Exhibit B4 to the Preliminary Approval Order) shall be published on Monday, May 21, 2012, and Friday, May 25, 2012.

IT IS SO STIPULATED.

Dated: May 16, 2012    HOGAN LOVELLS US LLP

By:    s/ Robert B. Hawk
Robert B. Hawk

Attorneys for Defendants
HUGHES COMMUNICATIONS, INC. and
HUGHES NETWORK SYSTEMS LLC

Dated: May 16, 2012    BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

By:    s/ Jennifer S. Rosenberg
Jennifer S. Rosenberg
Attorneys for Plaintiffs

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED

Dated:  May 16, 2012

THE HONORABLE SAMUEL CONTI

STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT
CASE NO.: 09-CV-02136 SC

\058224/000230 - 100203 v6
\\PH - 058224/000230 - 78033 v1