1   Robert B. Hawk (SBN 118054)
    J. Christopher Mitchell (SBN 215639)
2   HOGAN LOVELLS US LLP
    525 University Avenue, 4th Floor
3   Palo Alto, California  94301
    Telephone:  (650) 463-4000
4   Facsimile:  (650) 463-4199
    robert.hawk@hoganlovells.com
5   chris.mitchell@hoganlovells.com

6   Attorneys for Defendants
    HUGHES COMMUNICATIONS, INC.
7   and HUGHES NETWORK SYSTEMS, LLC

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  TINA WALTER, CHRISTOPHER BAYLESS,        CASE NO.:  09-CV-02136 SC
    and ERIC SCHUMACHER, individually and on
12  behalf of all others similarly situated,      **SECOND STIPULATION AND
                                                  [PROPOSED] SUPPLEMENTAL
                                                  ORDER REGARDING
13                  Plaintiffs,                   PRELIMINARY APPROVAL OF
                                                  CLASS ACTION SETTLEMENT**
14          v.

15  HUGHES COMMUNICATIONS, INC. and          The Honorable Samuel Conti
    HUGHES NETWORK SYSTEMS, LLC,
16
                    Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

---

SECOND STIPULATION AND [PROPOSED] SUPPLEMENTAL ORDER
REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO.: 09-CV-02136 SC

\\PH - 058224/000230 - 78033 v1

1    WHEREAS, the Court's March 2, 2012 Order Conditionally Certifying Class and

2    Granting Preliminary Approval of Class Action Settlement ("Preliminary Approval Order")

3    requires the Parties hereto to use reasonable efforts to cause publication and dissemination of

4    Class Notice pursuant to Section 3.2 of the Second Amended Settlement Agreement ("the

5    Settlement") to be completed within ninety (90) days of the Preliminary Approval Order;

6    WHEREAS, ninety (90) days from issuance of the Preliminary Approval Order will

7    expire on Thursday, May 31, 2012;

8    WHEREAS, Section 3.2 of the Settlement calls, *inter alia*, for publication of the

9    "Summary Settlement Notice – Publication," in the form attached as Exhibit B4 to the

10   Preliminary Approval Order, on "two consecutive Mondays in USA Today";

11   WHEREAS, the Parties had anticipated that the Summary Settlement Notice – Publication

12   would be published in USA Today, pursuant to the terms of the Preliminary Approval Order and

13   Section 3.2 of the Settlement, on Monday, May 21, 2012, and Monday, May 28, 2012, and

14   Defendants had arranged with the Settlement Administrator to reserve the space necessary for

15   publication on those dates;

16   WHEREAS, the Settlement Administrator informed the Parties for the first time on May

17   14, 2012, that USA Today will not publish an issue on Monday, May 28, 2012, due to the

18   Memorial Day holiday, and will not publish an issue on the preceding Saturday (May 26) or

19   Sunday (May 27);

20   WHEREAS, the circulation of USA Today is generally higher on Fridays than on any

21   other day of the week (*see* Decl. of Jonathan Carameros at ¶ 4);

22   WHEREAS, the Parties jointly propose that the Court amend the timing of publication

23   notice, as set forth in the Preliminary Approval Order and the Settlement, to provide for

24   publication of the Summary Settlement Notice – Publication on Monday, May 21, 2012, and

25   Friday, May 25, 2012;

26   IT IS HEREBY STIPULATED, by and between the Parties through their respective

27   counsel, that the time for publication notice set forth in Paragraph 4(a) of the Court's March 2,

28

STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT
CASE NO.: 09-CV-02136 SC

\\PH - 058224/000230 - 78033 v1

1   2012, Preliminary Approval Order and Section 3.2(a) of the Second Amended Settlement

2   Agreement is hereby amended as follows:  the Summary Settlement Notice – Publication (Exhibit

3   B4 to the Preliminary Approval Order) shall be published on Monday, May 21, 2012, and Friday,

4   May 25, 2012.

5

6           IT IS SO STIPULATED.

7

8   Dated: May 16, 2012                    HOGAN LOVELLS US LLP

9                                          By:        s/ Robert B. Hawk
10                                             Robert B. Hawk

11                                          Attorneys for Defendants
                                           HUGHES COMMUNICATIONS, INC. and
12                                          HUGHES NETWORK SYSTEMS LLC

13  Dated: May 16, 2012                    BRAMSON, PLUTZIK, MAHLER &
                                           BIRKHAEUSER, LLP
14

15                                         By:        s/ Jennifer S. Rosenberg
                                              Jennifer S. Rosenberg
16                                            Attorneys for Plaintiffs

17

18  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED

19

20  Dated:  May 16, 2012

                                           THE HONORABLE SAMUEL CONTI
21

22

23

24

25

26

27

28
    STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT
    CASE NO.: 09-CV-02136 SC

    \058224/000230 - 100203 v6
    \\PH - 058224/000230 - 78033 v1